Prob 12
(Rev 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Amaryllis Corbett                              Docket No. 00-00063-001

**Petition on Supervised Release**

    COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Amaryllis Corbett, who was placed on supervision by the Honorable Donetta W. Ambrose sitting in the Court at Pittsburgh, Pennsylvania, on the 13th day of September 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Report in person to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.
- Shall pay any financial penalty that is imposed by this judgement and that remains unpaid at the commencement of the term of supervised release.
- Shall not possess a firearm or destructive device.
- Shall make restitution in the amount of $367,916.31, in monthly installments of not less than 10 percent of her gross monthly income, or in any event, a nominal amount of not less than $10 per month.
- Provide the probation officer with access to any requested financial information.
- Shall notify the U.S. Attorney within 30 days of any change in mailing address or residence while any portion of the restitution remains unpaid.
- Shall not incur credit charges or open additional lines of credit without the approval of the probation officer.
- Shall undergo a mental health assessment, and if deemed appropriate, shall participate in a mental heath treatment program as directed.
- Shall pay a special assessment of $700.

12-10-01:    Income Tax Evasion (Counts 1-5); Wire Fraud (Counts 6-7); Mail Fraud (Counts 8-9); 30 months' imprisonment with 3 years' supervised release at each count, to run concurrently.

09-13-02:    Sentence amended to 24 months' imprisonment with 3 years' supervised release at each count, to run concurrently.

03-25-04:    Released to supervision; Currently supervised by U.S. Probation Officer Wendy Brown.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

    Your Petitioner reports that, to date, only five payments totaling $110 have been applied to the outstanding financial obligation, leaving a balance of $590 toward the special assessment fee, and $367,916.31 toward restitution. The Probation Office respectfully recommends that this case be allowed to close at expiration effective March 24, 2007, with the special assessment fee and restitution owing. Ms. Corbett will be advised that she will remain responsible for this debt even upon the closing of this case, and that continued payment is expected.

U.S.A. vs. Amaryllis Corbett
Docket No. 00-00063-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 00-00063-001 be allowed to expire on March 24, 2007, as scheduled with the special assessment fee and restitution due and owing and the case be closed.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case. | Executed on February 6, 2007 |
| _____ Chief U.S. District Judge | _____ Wendy Brown U.S. Probation Officer _____ Roselyn Gerson Supervising U.S. Probation Officer Place: Pittsburgh, PA |