U.S.A. vs. Amaryllis Corbett
Docket No. 00-00063-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 00-00063-001 be allowed to expire on March 24, 2007, as scheduled with the special assessment fee and restitution due and owing and the case be closed.

|  |  |
|---|---|
| ORDER OF COURT<br>Considered and ordered this _9th_ day of _Feb_, 20_07_ and ordered filed and made a part of the records in the above case.<br><br>_[signed] Donetta W. Ambrose_<br>Chief U.S. District Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on _February 6, 2007_<br><br>_[signed] Wendy Brown_<br>Wendy Brown<br>U.S. Probation Officer<br><br>_[signed] Roselyn Gerson_<br>Roselyn Gerson<br>Supervising U.S. Probation Officer<br><br>Place:   Pittsburgh, PA |